**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

PETER STAVRIANOUDAKIS;
KATHERINE STAVRIANOUDAKIS;
SCOTT TIMMONS; ERIC ARIYOSHI;
and AMERICAN FALCONRY
CONSERVANCY,

        Plaintiff(s),

v.

U.S. DEPARTMENT OF FISH &
WILDLIFE; CHARLTON H. BONHAM, in
his official capacity as Director of
California Department of Fish and Wildlife;
and JIM KURTH, in his official capacity as
Deputy Director Exercising the Authority of
the Director of U.S. Department of Fish
and Wildlife

        Defendant(s).

Case No. 1:18-CV-01505-LJO-BAM

I, <u>James M. Manley</u>, attorney for <u>Plaintiffs, STAVRIANOUDAKIS, *et. al*</u>, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | <u>Pacific Legal Foundation</u> |
| Address: | <u>3217 E. Shea Blvd., #108</u> |
| City: | <u>Phoenix</u> |
| State: | <u>AZ</u>   ZIP Code: <u>85028</u> |
| Voice Phone: | <u>(916) 288-1405</u> |
| FAX Phone: | <u>(916) 419-7747</u> |
| Internet E-mail: | <u>JManley@pacificlegal.org</u> |

Additional E-mail:   Incominglit@pacificlegal.org, JCoukoulis@pacificlegal.org

I reside in City:   Phoenix                               State:   AZ

I was admitted to practice in the Arizona Supreme Court on January 5, 2015. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
N/A
.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:        Timothy R. Snowball
Firm Name:   Pacific Legal Foundation
Address:     930 G Street

City:        Sacramento
State:       CA            ZIP Code: 95814
Voice Phone: (916) 419-7111
FAX Phone:   (916) 419-7747
E-mail:      TSnowball@pacificlegal.org

Dated:    12/14/2018        Petitioner: /s/ [signature]

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **JAMES MARTIN MANLEY** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on January 5, 2015 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this November 23, 2018.

Amanda McQueen
Disciplinary Clerk

**ORDER**

IT IS SO ORDERED.

Dated: _____                              _____
                                                                                   JUDGE, U.S. DISTRICT COURT