IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER STAVRIANOUDAKIS, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF FISH & WILDLIFE, ET AL.,**<br><br>Defendants. | Case No. 1:18-cv-01505-LJO-BAM<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to the stipulation of the parties, and for good cause shown, the time for defendant Charlton H. Bonham, in his official capacity as Director of California Department of Fish and Wildlife, to file a responsive pleading to plaintiffs' Complaint for Declaratory and Injunctive Relief is extended by forty-seven days, to January 28, 2019.

IT IS SO ORDERED.

Dated: __**December 17, 2018**__          /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE

1