1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  RANDY L. BARROW, State Bar No. 111290
   Supervising Deputy Attorney General
3  LINDA GANDARA (SBN 194667)
   ALI A. KARAOUNI, (SBN 2608490
4  Deputy Attorneys General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 210-7795
     Fax: (916) 327-2319
7    E-mail: Ali.Karaouni@doj.ca.gov

8  *Attorneys for Defendant*
   *Department of Fish & Wildlife*

9

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE EASTERN DISTRICT OF CALIFORNIA

13                      FRESNO DIVISION

14

| | |
|---|---|
| 15  **PETER STAVRIANOUDAKIS, ET AL.,** | 1:18-cv-01505-LJO-BAM |
| 16                    Plaintiffs, | **NOTICE OF APPEARANCE** |
| 17        **v.** | |
| 18  **U.S. DEPARTMENT OF FISH &** | |
| 19  **WILDLIFE, ET AL.,** | |
| 20                    Defendants. | |

21

22

23        The California Attorney General, counsel for defendant CHARLTON H. BONHAM, in his

24  official capacity as Director of California Department of Fish and Wildlife, hereby files this

25  Notice of Appearance to inform the Court of assigned counsel for defendant in this proceeding.

26

27

28

                            1

1    Defendant hereby notifies the Court that the attorney with principal charge of the case is as

2  follows:

3    Ali A. Karaouni, Deputy Attorney General
     1300 I Street, Suite 125
4    P.O. Box 944255
     Sacramento, CA 94244-2550
5    Telephone:  (916) 210-7795
     E-mail:  Ali.Karaouni@doj.ca.gov
6

7  Dated:  January 10, 2019                          Respectfully submitted,

8                                                    XAVIER BECERRA
                                                     Attorney General of California
9                                                    RANDY L. BARROW
                                                     Supervising Deputy Attorney General
10

11

12                                                      /s/   Ali A. Karaouni
                                                     ALI A. KARAOUNI
13                                                   Deputy Attorney General
                                                     Attorneys for Defendant
14                                                   Department of Fish & Wildlife

15  SA2018303447
    33729865.docx
16

17

18

19

20

21

22

23

24

25

26

27

28

2

# CERTIFICATE OF SERVICE

Case Name: **Peter Stavrianoudakis, et al. v.**   No.   **United States District Court of Appeal,**
            **U.S. Department of Fish &**             **Third Appellate District**
            **Wildlife, et al.**                    **1:18-cv-01505-LJO-BAM**

I hereby certify that on <u>January 10, 2019,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## NOTICE OF APPEARANCE

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>January 10, 2019,</u> at Sacramento, California.

<table>
<tr><td>      Ali A. Karaouni      </td><td>      <i>/s/  Ali A. Karaouni</i>      </td></tr>
<tr><td>Declarant</td><td>Signature</td></tr>
</table>

SA2018303447
33733207.docx