1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. SCARBOROUGH (SBN 254934)
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5  Philip.Scarborough@usdoj.gov

6  Attorneys for the U.S. Department of Fish & Wildlife
   and Greg Sheehan, Principal Deputy Director of the U.S.
7  Department of Fish and Wildlife

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STAVRIANOUDAKIS, et al., | CASE NO. 1:18-CV-01505-LJO-BAM |
| Plaintiffs, | ORDER RE STIPULATION REGARDING SCHEDULING MATTERS |
| v. | (Doc. 14) |
| U.S. DEPARTMENT OF FISH & WILDLIFE, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation Regarding Scheduling Matters filed on January 15, 2019, and good cause appearing, the following schedule shall apply in this case:

On or before January 22, 2019, Plaintiffs Peter Stavrianoudakis, Katherine Stavrianoudakis, Eric Ariyoshi, Scott Timmons, and American Falconry Conservancy (together, "Plaintiffs") may file a First Amended Complaint to correct the three inadvertent references to the U.S. Fish and Wildlife Service as the "U.S. Department of Fish and Wildlife."

On or before March 15, 2019, defendant Charlton Bonham, sued in his official capacity as the Director of the California Department of Fish and Wildlife (the "State Defendant") shall respond to the First Amended Complaint.

On or before March 15, 2019, defendants Greg Sheehan, sued in his official capacity as the Principal Deputy Director of the U.S. Fish and Wildlife Service, and the U.S. Fish and Wildlife Service

(together, the "Federal Defendants") shall respond to the First Amended Complaint, provided that the Parties will meet and confer regarding this deadline should the current federal appropriations lapse continue beyond February 5, 2019.

The scheduling conference currently set for February 5, 2019, at 9:30 a.m., is continued to **March 21, 2019, at 9:30 a.m.**, before the undersigned. A joint scheduling report shall be filed one week before the scheduling conference as set forth in this Court's prior order. *See* ECF 4.

Plaintiffs shall file their motion for preliminary injunction on or before January 28, 2019, with the motion set for hearing during the week of April 8, 2019 before the District Judge assigned to this case.

The Federal Defendants' response to the motion for preliminary injunction is due on or before March 15, 2019.

The State Defendant's response to the motion for preliminary injunction is due on or before March 15, 2019.

On or before March 29, 2019, Plaintiffs' shall file a single combined reply brief up to 20 pages in length in response to the Federal Defendants' brief and the State Defendants' brief.

IT IS SO ORDERED.

Dated: **January 16, 2019**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE