UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STAVRIANOUDAKIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF FISH & WILDLIFE, et al., <br><br> Defendants. | Case No.: 1:18-cv-01505-LJO-BAM <br><br> ORDER RE STIPULATION REGARDING SCHEDULING MATTERS <br><br> (Doc. No. 18) |

Pursuant to the parties' stipulation (Doc. No. 18) and in light of Defendants' intent to file a motion to dismiss the complaint on or before March 15, 2019, and for good cause appearing, the Initial Scheduling Conference currently scheduled for March 21, 2019, is HEREBY CONTINUED to **July 9, 2019 at 9:00 AM in Courtroom 8 before Judge Barbara A. McAuliffe**. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference (Doc. No. 4) one (1) full week prior to the Scheduling Conference, and a copy shall be emailed, in Word format, to bamorders@caed.uscourts.gov. The parties may appear at the scheduling conference by

telephone with each party using the following dial-in number and passcode: **dial-in number 1-877-411-9748; passcode 3190866**.

IT IS SO ORDERED.

Dated: __**March 4, 2019**__  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE