James H. Maynard (N.J. Bar No. 040801992)
Maynard Law Office, LLC
65 Madison Avenue, Suite 540
Morristown, New Jersey 07960
Phone: 973-540-0054
jhm@maynardlawoffice.com
LEAD COUNSEL
*Pro Hac Vice*

René P. Voss (CA Bar No. 255758)
Natural Resources Law
15 Alderney Road
San Anselmo, CA  94960
Phone:  (415) 446-9027
Email:  renepvoss@gmail.com
LOCAL COUNSEL

*Attorneys for Proposed Amicus Curiae*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PETER STAVRIANOUDAKIS, et al., | No. 1:18-cv-01505-LJO-BAM |
| Plaintiffs, | |
| v. | **REPLY TO PLAINTIFFS' RESPONSE REGARDNIG THE NORTH AMERICAN FALCONERS ASSOCIATION'S MOTION TO FILE A BRIEF AS AMICUS CURIAE** |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al. | |
| Defendants. | |

Pursuant to Local Rule 230(d) (Fed. R. Civ. P. 78), the North American Falconers Association (NAFA) hereby respectfully files this Reply to the Plaintiffs' "Response Regarding North American Falconers Association's Motion to File an Amicus Brief." ECF No. 30.

**REPLY TO THE PLAINTIFFS' RESPONSE REGARDING NAFA'S SUPPLEMENT TO AND MOTION TO FILE A BRIEF AS AMICUS CURIAE**

To be clear, NAFA does not consent to Plaintiffs' proposed terms in response to NAFA's amicus curiae brief, as set forth in the Plaintiffs' Response. ECF No. 30. Instead, as stated in its Supplement to its Memorandum of North American Falconers Association to File a Brief as Amicus Curiae, NAFA is willing to limit its amicus curiae brief to no more than ten pages, exclusive of any attachments, and otherwise conform to the standard form and practice of amicus briefs as generally submitted in the federal court system. ECF No. 28. NAFA does not object to Plaintiffs' request of ten pages to respond to NAFA's *amicus curiae* brief.

For the reasons stated in its Supplement to its Memorandum of NAFA to File a Brief as Amicus Curiae and in NAFA's Memorandum, the Court should grant NAFA's Motion to File a Brief as Amicus Curiae.

Date: March 20, 2019.        Respectfully submitted,

/s/ *James H. Maynard*
James H. Maynard, *Pro Hac Vice*
René Voss, *Local Counsel*

*Attorneys for Amicus Curiae*