ANTHONY L. FRANÇOIS, Cal. Bar No. 184100
E-mail: TFrancois@pacificlegal.org
TIMOTHY R. SNOWBALL, Cal. Bar No. 317379
E-mail: TSnowball@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

JAMES M. MANLEY, Ariz. Bar No. 031820* (*Pro Hac Vice*)
E-mail: JManley@pacificlegal.org
Pacific Legal Foundation
3217 E. Shea Blvd., # 108
Phoenix, Arizona 85028
Telephone: (916) 288-1405
Facsimile: (916) 419-7747

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PETER STAVRIANOUDAKIS; KATHERINE STAVRIANOUDAKIS; SCOTT TIMMONS; ERIC ARIYOSHI; **and** AMERICAN FALCONRY CONSERVANCY**,**<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH & WILDLIFE SERVICE; CHARLTON H. BONHAM, in his official capacity as Director of California Department of Fish and Wildlife; **and** MARGARET EVERSON, in her official capacity as Principal Deputy Director Exercising the Authority of the Director of United States Fish & Wildlife Service,<br><br>Defendants. | No. 1:18-cv-01505-LJO-BAM<br><br>**ORDER GRANTING MOTION TO ADJUST PAGE LIMIT** |

*Licensed to practice law in Arizona and Colorado. Not licensed to practice law in California.

[Proposed] Order Granting Motion to Adjust Page Limit
No. 1:18-cv-01505-LJO-BAM

Upon Plaintiffs' Motion, and good cause appearing, IT IS HEREBY ORDERED that leave is granted for Plaintiffs to file:

1. A consolidated Response to Defendants' two Motions to Dismiss of no more than 40 pages;

2. A Reply in Support of their Motion for Preliminary Injunction of no more than 10 pages, as previously provided by Minute Order dated March 22, 2019.

IT IS SO ORDERED.

Dated: **March 25, 2019**         /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE