UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STAVRIANOUDAKIS, et al., | Case No.: 1:18-cv-01505-LJO-BAM |
| Plaintiffs, | ORDER REGARDING STIPULATION CONTINUING INITIAL SCHEDULING CONFERENCE |
| v. | |
| U.S. DEPARTMENT OF FISH & WILDLIFE, et al., | (Doc. No. 45) |
| Defendants. | |

Pursuant to the parties' stipulation (Doc. No. 45) and in light of Plaintiffs' motion for preliminary injunction and Defendants' motions to dismiss currently pending before the Court, and for good cause appearing, the Initial Scheduling Conference currently scheduled for July 9, 2019, is HEREBY CONTINUED to **September 3, 2019, at 9:00 AM in Courtroom 8 before Judge Barbara A. McAuliffe**. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference (Doc. No. 4) one (1) full week prior to the Scheduling Conference, and a copy shall be emailed, in Word format, to bamorders@caed.uscourts.gov. The parties may appear

at the scheduling conference by telephone with each party using the following dial-in number and passcode: **dial-in number 1-877-411-9748; passcode 3190866**.

IT IS SO ORDERED.

Dated: __**July 2, 2019**__          _____/s/ Barbara A. McAuliffe_____
                                      UNITED STATES MAGISTRATE JUDGE