IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER STAVRIANOUDAKIS, ET AL.,** | Case No. 1:18-cv-01505-LJO-BAM |
| Plaintiffs, | **ORDER APPROVING STIPULATION CONTINUING INITIAL SCHEDULING CONFERENCE** |
| v. | |
| **U.S. DEPARTMENT OF FISH & WILDLIFE, ET AL.,** | |
| Defendants. | |

Pursuant to the parties' stipulation (Doc. No. 47) and in light of Plaintiffs' motion for preliminary injunction and Defendants' motions to dismiss currently pending before the Court, and for good cause appearing, the Initial Scheduling Conference currently scheduled for September 3, 2019, is HEREBY CONTINUED to **October 3, 2019, at 9:00 AM in Courtroom 8 before Judge Barbara A. McAuliffe**. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference (Doc. No. 4) one (1) full week prior to the Scheduling Conference, and a copy shall be emailed, in Word format, to bamorders@caed.uscourts.gov. The parties may appear at the scheduling conference by telephone

with each party using the following dial-in number and passcode: **dial-in number 1-877-411-9748; passcode 3190866**.

IT IS SO ORDERED.

Dated: __August 19, 2019__      ___/s/ Barbara A. McAuliffe___
                                                            UNITED STATES MAGISTRATE JUDGE