IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER STAVRIANOUDAKIS, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES FISH & WILDLIFE SERVICE, ET AL.,**<br><br>Defendants. | Case No. 1:18-cv-01505-LJO-BAM<br><br>**ORDER APPROVING STIPULATION CONTINUING INITIAL SCHEDULING CONFERENCE** |

Pursuant to the stipulation of the Parties, and for good cause shown, the initial scheduling conference currently set for October 3, 2019, is HEREBY CONTINUED to December 12, 2019 at 9:30 AM in Courtroom 8 (BAM) before the undersigned. A joint scheduling report shall be filed, and a copy shall be emailed, in Word format, to bamorders@caed.uscourts.gov, one week prior to the scheduling conference. The parties may appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in 1-877-411-9748**; **access code 3190866.**

IT IS SO ORDERED.

Dated: **September 19, 2019**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

1