ANTHONY L. FRANÇOIS, Cal. Bar No. 184100
Email: TFrancois@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

JAMES M. MANLEY, Ariz. Bar No. 031820* (*Pro Hac Vice*)
Email: JManley@pacificlegal.org
Pacific Legal Foundation
3241 E. Shea Blvd., # 108
Phoenix, Arizona 85028
Telephone: (916) 288-1405
Facsimile: (916) 419-7747

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PETER STAVRIANOUDAKIS; et al., | No. 1:18-cv-01505-NONE-BAM |
| Plaintiffs, | **SECOND NOTICE OF SUPPLEMENTAL AUTHORITY** |
| v. | |
| UNITED STATES FISH & WILDLIFE SERVICE; et al., | |
| Defendants. | |

*Licensed to practice law in Arizona and Colorado. Not licensed to practice law in California.

Second Notice of Supplemental Authority
No. 1:18-cv-01505-NONE-BAM

1  Plaintiffs respectfully request that this Court take notice of *Caniglia v. Strom*, 141 S. Ct.
2  1596 (2021). This case is binding authority related to Plaintiffs' Fourth Amendment claims
3  regarding warrantless searches of their homes and curtilage, which are the subject of a pending
4  motion for preliminary injunction, Doc. 65, and motions to dismiss, Docs. 66, 68.

5  This case was published on May 17, 2021, more than one year after April 24, 2020, the date
6  of the last filing on the pending motions, and it is relevant to the issues under consideration here,
7  including how Fourth Amendment protections apply to the home and "the scope of . . . exceptions
8  to the warrant requirement to permit warrantless entry into the home." *Caniglia*, 141 S. Ct. at 1600.
9  *See* Plaintiffs' Second Amended Compl. (Doc. 64) ¶¶ 150–90; Memo. in Support of M. for
10 Preliminary Injunction (Doc. 65-1) at 16–17; Opp. to FWS's M. to Dismiss (Doc. 73) at 20; Opp.
11 to Dir. Bonham's M. to Dismiss (Doc. 74) at 17–18.

12 DATED: June 1, 2021.

Respectfully submitted,

ANTHONY L. FRANÇOIS
JAMES M. MANLEY (*Pro Hac Vice*)

By:      s/ Anthony L. François
         ANTHONY L. FRANÇOIS

Attorneys for Plaintiffs