PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STAVRIANOUDAKIS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, et al.,<br><br>Defendants. | CASE NO.  1:18-CV-01505-JLT-BAM<br><br>ORDER GRANTNG REQUEST TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT<br><br>(Doc. 98)<br><br>JUDGE:       Hon. Barbara A. McAuliffe |

  Pending before the Court is the parties' request to continue the deadline of the defendants to file a responsive pleading to the complaint to March 4, 2022.  Good cause appearing, the request is GRANTED.

  Each defendant shall file a responsive pleading on or before March 4, 2022.  The Scheduling Conference remains as set on March 2, 2022, at 9:30 AM in Courtroom 8 (BAM) before the undersigned.

IT IS SO ORDERED.

  Dated:   __January 31, 2022__          ___/s/ Barbara A. McAuliffe___
                  UNITED STATES MAGISTRATE JUDGE

ORDER         1