LAWRENCE G. SALZMAN, Cal. Bar No. 224727
Email: LSalzman@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

JAMES M. MANLEY, Ariz. Bar No. 031820* (*Pro Hac Vice*)
Email: JManley@pacificlegal.org
Pacific Legal Foundation
3241 E. Shea Blvd., # 108
Phoenix, Arizona 85028
Telephone: (916) 288-1405
Facsimile: (916) 419-7747

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PETER STAVRIANOUDAKIS; et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FISH & WILDLIFE SERVICE; et al., <br><br> Defendants. | No. 1:18-cv-01505-JLT-BAM <br><br> **ORDER GRANTING JOINT REQUEST TO CONTINUE DEADLINES AND VACATE SCHEDULING CONFERENCE** <br><br> JUDGE: Hon. Barbara A. McAuliffe |

*Licensed to practice law in Arizona and Colorado. Not licensed to practice law in California.

No. 1:18-cv-01505-JLT-BAM

Pending before the Court is the parties' request to continue all deadlines for 30 days to facilitate further discussion about resolving the remaining claims in this case. Good cause appearing, the request is **GRANTED**.

1. The status conference set for March 2, 2022 is HEREBY CONTINUED to May 5, 2022, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe. The parties shall appear at the hearing remotely either via Zoom video conference or Zoom telephone number. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required;

2. The parties shall file a joint status report no later than April 28. 2022;

3. The Federal Defendants and the State Defendant shall file their response to the complaint on or before April 1, 2022.

IT IS SO ORDERED.

Dated:   **February 23, 2022**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE