PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the U.S. Fish & Wildlife Service and Martha Williams

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STAVRIANOUDAKIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE, et al., <br><br> Defendants. | CASE NO. 1:18-CV-01505-JLT-BAM <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT REQUEST FOR TEMPORARY STAY OF PROCEEDINGS <br><br> (Doc. 103) <br><br> JUDGE:   Hon. Barbara A. McAuliffe |

The parties have jointly requested that the Court vacate all pending deadlines and enter a temporary stay of proceedings. (Doc. 103.) Good cause appearing, the request is GRANTED.

The parties represent that they are engaged in good faith discussions that may result in the resolution of the remaining claims in the litigation, and that their discussions require consultation with multiple components of government. A temporary stay of thirty days therefore is necessary to permit the parties to continue their discussions and to consult with the necessary components of government. The requested stay will not result in prejudice to any party or significantly delay the progress of the litigation.

1.   All pending deadlines, including the defendants' deadline to file a response to the complaint and the status conference currently set for May 5, 2022, are HEREBY VACATED.

2.   Proceedings in this case are STAYED until April 30, 2022.

[~~PROPOSED~~] ORDER                                                        1

3. The parties shall file a joint status report no later than May 5, 2022.

IT IS SO ORDERED.

Dated:  **April 1, 2022**              /s/ Barbara A. McAuliffe              
                                       UNITED STATES MAGISTRATE JUDGE