PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the U.S. Fish & Wildlife Service and Martha Williams

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STAVRIANOUDAKIS, et al., | CASE NO. 1:18-CV-01505-JLT-BAM |
| Plaintiffs, | [~~PROPOSED~~] ORDER |
| v. | JUDGE:       Hon. Barbara A. McAuliffe |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | |
| Defendants. | |

The parties have jointly requested that the Court continue the temporary stay until June 30, 2022. Good cause appearing, the request is GRANTED.

The parties represent that they are remain engaged in good faith discussions that may result in the resolution of the remaining claims in the litigation, that they have made substantial progress in their discussions, that their discussions require consultation with multiple components of both the federal government and the California state government, and that they are acting with diligence in pursuing their discussions.  A continuance of the temporary stay therefore is necessary to permit the parties to continue their discussions in consultation with the necessary components of government.  The requested stay will not result in prejudice to any party of significantly delay the progress of the litigation.

1. The temporary stay entered on May 9, 2022 (Doc. 106) is CONTINUED to June 30, 2022.

ORDER            1

2. The parties shall file a joint status report no later than July 6, 2022.

IT IS SO ORDERED.

Dated: **June 3, 2022**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE