1  PHILLIP A. TALBERT
   United States Attorney
2  PHILIP A. SCARBOROUGH (SBN 254934)
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5  Philip.Scarborough@usdoj.gov

6  Attorneys for the U.S. Fish & Wildlife Service and Martha Williams

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STAVRIANOUDAKIS, et al., | CASE NO. 1:18-CV-01505-JLT-BAM |
| Plaintiffs, | [~~PROPOSED~~] ORDER |
| v. | JUDGE: Hon. Barbara A. McAuliffe |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | |
| Defendants. | |

The parties have jointly requested that the Court continue the temporary stay until August 1, 2022. Good cause appearing, the request is GRANTED.

The parties represent that they are remain engaged in good faith discussions that may result in the resolution of the remaining claims in the litigation, that they have made substantial progress in their discussions, that their discussions require consultation with multiple components of both the federal government and the California state government, and that they are acting with diligence in pursuing their discussions. A continuance of the temporary stay therefore is necessary to permit the parties to continue their discussions in consultation with the necessary components of government. The requested stay will not result in prejudice to any party of significantly delay the progress of the litigation.

1. The temporary stay entered on May 9, 2022 (Doc. 106, Doc. 108) is CONTINUED to August 1, 2022.

ORDER                                                       1

2. The parties shall file a joint status report no later than August 5, 2022.

IT IS SO ORDERED.

Dated: **June 30, 2022**          /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE