LAWRENCE G. SALZMAN, Cal. Bar No. 224727
Email: LSalzman@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

JAMES M. MANLEY, Ariz. Bar No. 031820* (*Pro Hac Vice*)
Email: JManley@pacificlegal.org
Pacific Legal Foundation
3241 E. Shea Blvd., # 108
Phoenix, Arizona 85028
Telephone: (916) 288-1405
Facsimile: (916) 419-7747

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PETER STAVRIANOUDAKIS; et al., | No. 1:18-cv-01505-JLT-BAM |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | JUDGE: Hon. Barbara A. McAuliffe |
| UNITED STATES FISH & WILDLIFE SERVICE; et al., | |
| Defendants. | |

*Licensed to practice law in Arizona and Colorado. Not licensed to practice law in California.

Order
No. 1:18-cv-01505-JLT-BAM

The parties have jointly requested that the Court continue the temporary stay until October 17, 2022. Good cause appearing, the request is GRANTED.

The parties represent that they are remain engaged in good faith discussions that may result in the resolution of the remaining claims in the litigation, that they have made substantial progress in their discussions, that their discussions require consultation with multiple components of both the federal government and the California state government, and that they are acting with diligence in pursuing their discussions. A continuance of the temporary stay therefore is necessary to permit the parties to continue their discussions in consultation with the necessary components of government. The requested stay will not result in prejudice to any party or significantly delay the progress of the litigation.

1. The temporary stay entered on June 30, 2022 (Docs. 106, 108, 110, 112) is CONTINUED to October 17, 2022.

2. The parties shall file a joint status report no later than October 24, 2022.

IT IS SO ORDERED.

Dated:   **September 15, 2022**         /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

Order
No. 1:18-cv-01505-JLT-BAM                       2