UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STAVRIANOUDAKIS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, et al.,<br><br>　　　　Defendants. | Case No.  1:18-cv-01505-JLT-BAM<br><br>**ORDER CONTINUING TEMPORARY STAY OF ALL PROCEEDINGS**<br><br>(Doc. 115) |

　　　　The parties have jointly requested that the Court continue the temporary stay until November 8, 2022.  The parties represent that their respective counsel have reached preliminary agreement on terms for an anticipated resolution of the remaining claims in this litigation, which is subject to final approval by each of the parties.  Accordingly, good cause exists to extend the stay of all proceedings.

　　　　1.　　The temporary stay entered on September 15, 2022 (Doc. 114) is CONTINUED to **December 6, 2022**.

　　　　2.　　The parties shall file a joint status report no later than **December 6, 2022**.  The report shall describe the steps which remain for approval of the preliminary agreement and a realistic estimate of when such approvals may be obtained.

IT IS SO ORDERED.

　　　Dated:　**October 25, 2022**　　　　　　　　/s/ Barbara A. McAuliffe　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1