UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

**PETER STAVRIANOUDAKIS, ET AL.,**
    Plaintiff

  v.                                  **CASE NO. 1:18−CV−01505−JLT−BAM**

**U.S. DEPARTMENT OF FISH &AMP;
WILDLIFE, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **November 16, 2022** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

November 16, 2022

                                **KEITH HOLLAND
CLERK OF COURT**

                            **by:** /s/ S. Sant Agata

                                Deputy Clerk