UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

TO: CLERK, U.S. COURT OF APPEALS

FROM: CLERK, U.S. DISTRICT COURT

SUBJECT: NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **1:18−CV−01505−JLT−BAM** |
| USDC Judge: | **DISTRICT JUDGE JENNIFER L. THURSTON** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **PETER STAVRIANOUDAKIS vs. U.S. DEPARTMENT OF FISH &AMP; WILDLIFE** |
| Type: | **CIVIL** |
| Complaint Filed: | **10/30/2018** |
| Appealed Order/Judgment Filed: | **11/14/2022** |
| Court Reporter Information: | **Rachel Lundy** |

FEE INFORMATION

**Fee Status: Paid on 11/16/2022 in the amount of $505.00**

Information prepared by: /s/ **S. Sant Agata , Deputy Clerk**