ROB BONTA, State Bar No. 202668
Attorney General of California
DEBORAH A. WORDHAM, State Bar No. 180508
Acting Supervising Deputy Attorney General
NHU Q. NGUYEN, State Bar No. 207140
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-7809
 Fax: (916) 327-2319
 E-mail: Nhu.Nguyen@doj.ca.gov
*Attorneys for Defendant*
*Department of Fish & Wildlife*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **PETER STAVRIANOUDAKIS, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF FISH & WILDLIFE, ET AL.,**<br><br>Defendants. | 1:18-cv-01505-JLT-BAM<br><br>**CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE'S THIRD STATUS REPORT PURSUANT TO COURT ORDER**<br><br>Courtroom: 4<br>Judge:   The Hon. Jennifer L. Thurston<br>Action Filed: October 30, 2018 |

On April 21, 2025, this Court granted the California Department of Fish and Wildlife's (CDFW) motion to stay this matter pending the Fish and Game Commission's (Commission) regulatory process to consider CDFW's proposed changes to the California Code of Regulations, title 14, section 670 (Regulation). In granting the motion, this Court ordered CDFW to file a status report every 60 days outlining the progress of the amendment process, and to file a status report within 14 days after completion of the amendment process. On June 17, 2025, CDFW filed its first status report. On August 18, 2025, CDFW filed its second status report. CDFW now files this third status report in accordance with the Court's April 21, 2025, order.

1  As reported in the prior status reports, on June 15, 2025, the Commission approved CDFW's proposed changes to the Regulation, and on August 1, 2025, the rulemaking package was submitted to the California Office of Administrative Law (OAL) for administrative approval. On September 15, 2025, OAL approved and posted the notification of approval of the regulatory changes. Notice of Approval of Regulatory Action, attached as Exhibit 1. The regulatory changes will take effect on January 1, 2026.

Dated: September 22, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
DEBORAH A. WORDHAM
Acting Supervising Deputy Attorney General


*/s/ Nhu Q. Nguyen*
NHU Q. NGUYEN
Deputy Attorney General
*Attorneys for Defendant*
*Department of Fish & Wildlife*

SA2018303447
95656882

**EXHIBIT 1**

# State of California
# Office of Administrative Law

| | |
|---|---|
| In re:<br>Fish and Game Commission<br><br>Regulatory Action:<br><br>Title 14, California Code of Regulations<br><br>Amend sections: 670, 703 | NOTICE OF APPROVAL OF REGULATORY ACTION<br><br>Government Code Section 11349.3<br><br>OAL Matter Number: 2025-0801-02<br><br>OAL Matter Type: Regular (S) |

In this action, the Fish and Game Commission conformed the required language on the certification in falconry license applications pursuant to Stavrianoudakis et al. v. United States Fish and Wildlife Service et al., 108 F.4th 1128 (2024), required falconers to take only California-administered falconry examinations pursuant to Title 50, Code of Federal Regulations, Part 21.82, removed restrictions on commercial exhibiting falconry raptors pursuant to the First Amendment, updated fees pursuant to Fish and Game Code section 713; and made nonsubstantive amendments to expand gender options on the forms.

OAL approves this regulatory action pursuant to section 11349.3 of the Government Code. This regulatory action becomes effective on 1/1/2026.

Date:   September 15, 2025

_____
Ashita Mohandas
Attorney

For:   Kenneth J. Pogue
       Director


Original:   Melissa Miller-Henson,
            Executive Director
Copy:       Jenn Bacon

**REGULAR**

STATE OF CALIFORNIA—OFFICE OF ADMINISTRATIVE LAW
# NOTICE PUBLICATION/REGULATIONS SUBMISSION
STD. 400 (REV. 10/2019)

For use by Secretary of State only

| OAL FILE NUMBERS | NOTICE FILE NUMBER | REGULATORY ACTION NUMBER | EMERGENCY NUMBER |
|---|---|---|---|
| | Z- Z2025-0415-05 | 2025-0801-02S | |

**ENDORSED - FILED**
in the office of the Secretary of State
of the State of California

SEP 15 2025
1:45 PM  aB

For use by Office of Administrative Law (OAL) only

OFFICE OF ADMIN. LAW
2025 AUG 1 PM 1:23

NOTICE | REGULATIONS

AGENCY WITH RULEMAKING AUTHORITY: California Fish and Game Commission

AGENCY FILE NUMBER (If any):

## A. PUBLICATION OF NOTICE (Complete for publication in Notice Register)

1. SUBJECT OF NOTICE | TITLE(S) | FIRST SECTION AFFECTED | 2. REQUESTED PUBLICATION DATE

3. NOTICE TYPE: ☐ Notice re Proposed Regulatory Action  ☐ Other
4. AGENCY CONTACT PERSON | TELEPHONE NUMBER | FAX NUMBER (Optional)

OAL USE ONLY — ACTION ON PROPOSED NOTICE: ☐ Approved as Submitted  ☐ Approved as Modified  ☐ Disapproved/Withdrawn
NOTICE REGISTER NUMBER: 2025, 17-Z
PUBLICATION DATE: 4/25/25

## B. SUBMISSION OF REGULATIONS (Complete when submitting regulations)

1a. SUBJECT OF REGULATION(S): Falconry
1b. ALL PREVIOUS RELATED OAL REGULATORY ACTION NUMBER(S):

2. SPECIFY CALIFORNIA CODE OF REGULATIONS TITLE(S) AND SECTION(S) (Including title 26, if toxics related)

SECTION(S) AFFECTED (List all section number(s) individually. Attach additional sheet if needed.)
- ADOPT:
- AMEND: 670, 703
- REPEAL:

TITLE(S): 14

3. TYPE OF FILING
- ☒ Regular Rulemaking (Gov. Code §11346)
- ☐ Resubmittal of disapproved or withdrawn nonemergency filing (Gov. Code §§11349.3, 11349.4)
- ☐ Emergency (Gov. Code, §11346.1(b))
- ☐ Certificate of Compliance: The agency officer named below certifies that this agency complied with the provisions of Gov. Code §§11346.2-11347.3 either before the emergency regulation was adopted or within the time period required by statute.
- ☐ Resubmittal of disapproved or withdrawn emergency filing (Gov. Code, §11346.1)
- ☐ Emergency Readopt (Gov. Code, §11346.1(h))
- ☐ File & Print
- ☐ Other (Specify)
- ☐ Changes Without Regulatory Effect (Cal. Code Regs., title 1, §100)
- ☐ Print Only

4. ALL BEGINNING AND ENDING DATES OF AVAILABILITY OF MODIFIED REGULATIONS AND/OR MATERIAL ADDED TO THE RULEMAKING FILE (Cal. Code Regs. title 1, §44 and Gov. Code §11347.1)

5. EFFECTIVE DATE OF CHANGES (Gov. Code, §§ 11343.4, 11346.1(d); Cal. Code Regs., title 1, §100)
- ☒ Effective January 1, April 1, July 1, or October 1 (Gov. Code §11343.4(a))
- ☐ Effective on filing with Secretary of State
- ☐ §100 Changes Without Regulatory Effect
- ☐ Effective other (Specify)

6. CHECK IF THESE REGULATIONS REQUIRE NOTICE TO, OR REVIEW, CONSULTATION, APPROVAL OR CONCURRENCE BY, ANOTHER AGENCY OR ENTITY
- ☐ Department of Finance (Form STD. 399) (SAM §6660)
- ☐ Fair Political Practices Commission
- ☐ State Fire Marshal
- ☐ Other (Specify)

7. CONTACT PERSON: Jennifer Bacon
TELEPHONE NUMBER: (916) 902-9285
FAX NUMBER (Optional):
E-MAIL ADDRESS (Optional): jennifer.bacon@fgc.ca.gov

8. I certify that the attached copy of the regulation(s) is a true and correct copy of the regulation(s) identified on this form, that the information specified on this form is true and correct, and that I am the head of the agency taking this action, or a designee of the head of the agency, and am authorized to make this certification.

SIGNATURE OF AGENCY HEAD OR DESIGNEE: *Harold Thesell* (DocuSigned, 542120782A00479)
DATE: 7/31/2025
TYPED NAME AND TITLE OF SIGNATORY: David Thesell, Deputy Executive Director

For use by Office of Administrative Law (OAL) only

**ENDORSED APPROVED**
SEP 15 2025
Office of Administrative Law

## Regulatory Language

Section 670, Title 14, California Code of Regulations, is hereby amended as follows:

**§ 670. Practice of Falconry.**

. . . *[No change to subsections (a) through (e)(2)(C)]* . . .

- (D) Signed Certification. Each application shall contain a certification worded as follows: "I certify that I have read and am familiar with both the California and U.S. Fish and Wildlife Service falconry regulation~~s~~, CFR 50, Sections ~~21.29 through 21.30~~21.82 and 21.85, and that the information I am submitting is complete and accurate to the best of my knowledge and belief. I understand that any false statement herein may subject me to cancellation of the application, suspension or revocation of a license, and/or administrative, civil, or criminal penalties. ~~I understand that my facilities, equipment, or raptors are subject to unannounced inspection pursuant to subsection 670(j), Title 14, of the California Code of Regulations.~~ I certify that I have read, understand, and agree to abide by~~,~~ all conditions of this license~~, the applicable provisions of the Fish and Game Code, and the regulations promulgated thereto~~. I certify that there are no pending or previous legal or administrative proceedings that could disqualify me from obtaining this license." The application shall be submitted with the applicant's original signature.

- (E) Experience. The department shall consider an applicant's falconry experience acquired in California, as well as another state or country when reviewing an application for any class of license. The department shall determine which class of falconry license is appropriate, consistent with the class requirements herein and the documentation submitted with the application demonstrating prior falconry experience.

(3) Examination Requirement. An applicant not possessing a valid falconry license, or required to apply for a new falconry license in California shall pass the falconry examination to demonstrate proficiency in falconry and raptor-related subject areas before being issued a license. An applicant shall correctly answer at least 80 percent of the questions to pass the examination. An applicant who fails to pass the examination may take another examination no earlier than the next business day following the day of the failed examination. An applicant shall submit the nonrefundable falconry examination fee specified in Section 703 each time the applicant takes an examination.

- (A) An applicant who meets one of the following criteria shall be exempt from taking the California falconry examination:

    - ~~1. An applicant who provides documentation of successfully passing a federally approved examination in a state that has had its falconry regulations certified as specified in 50 CFR 21 will not be required to take the examination in California if the applicant took the examination less than five years prior to submitting an application for a California falconry license.~~

    - ~~2~~1. The applicant is a nonresident or non-U.S. citizen falconer who has a valid falconry license issued from another state or country.

1

~~3~~ 2. The applicant is a member of a federally recognized tribe and has a valid falconry license issued from that member's tribe.

. . . *[No change to subsections (e)(3)(B) through (h)(12)]*. . .

(13) Other Uses of Falconry Raptors. A licensee may use falconry raptors for education, exhibiting, propagation, or abatement. A licensee may transfer a wild-caught raptor to a raptor propagation permit, but the raptor shall have been used in falconry for at least two years, or at least one year for a sharp-shinned hawk, merlin, Cooper's hawk or American kestrel. A wild caught raptor may be transferred to another permit type other than falconry only if it has been injured and can no longer be used in falconry. In this case, the licensee shall provide a copy of a certification from a veterinarian to the department's License and Revenue Branch stating that the raptor is not useable in falconry.

(A) Education and Exhibiting. A licensee may use raptors in his or her possession for training purposes, education, field meets, and media (filming, photography, advertisements, etc.), as noted in 50 CFR 21, if the licensee possesses the appropriate valid federal permits~~, as long as the raptor is primarily used for falconry and the activity is related to the practice of falconry or biology, ecology or conservation of raptors and other migratory birds. Any fees charged, compensation, or pay received during the use of falconry raptors for these purposes may not exceed the amount required to recover costs~~. An Apprentice falconer may use the licensee's falconry raptor for education purposes only under the supervision of a General or Master falconer.

. . . *[No change to subsections (h)(13)(B) through (j)]* . . .

Note: Authority cited: Sections 200, 203, 265, 355, 356, 395, 396, 398, 710.5, 710.7, 713, 1050, 1054, 1530, 1583, 1802, 3007, 3031, 3039, 3503, 3503.5, 3511, 3513, 3800, 3801.6, 3950, 4150 and 10500, Fish and Game Code. Reference: Sections 395, 396, 713, 1050, 3007, 3031, 3503, 3503.5, 3511, 3513 and 3801.6, Fish and Game Code; Section 597, Penal Code; and Title 50, Code of Federal Regulations, Parts ~~21.29 and 21.30~~ 21.82 and 21.85; Stipulated Judgment and Order of the United States District Court (*Stavrianoudakis, et al. v. USFWS, et al.*, Case 1:18-cv-01505-JLT-BAM), dated November 10, 2022; Opinion of the United States Court of Appeals, 9th Circuit (*Stavrianoudakis, et al. v. USFWS, et al.*, (2024) 108 F.4th 1128)).

2

Section 703, Title 14, California Code of Regulations, is hereby amended as follows:

## § 703. Miscellaneous Applications, Tags, Seals, Licenses, Permits, and Fees.

... *[No change to subsection (a)]*

(b) Applications, Forms and Fees for July 1 through June 30 (Fiscal Year).

   (1) Falconry.

... *[No change to subsection (b)(1)(A)]*

      (B) Falconry License Renewal Application (~~FG 360 (New 2/13~~ DFW 360 (Rev. 07/2025)) incorporated by reference herein.

         1. An applicant for a license renewal that has not lapsed as specified in subsection 670(e) shall submit a License Renewal Application with the appropriate fee(s) listed ~~in paragraph (b)(1)(A)~~ on form DFW 360.

      (C) New Falconry License Application (~~FG 360b (New 2/13~~ DFW 360b (Rev. 07/2025)) incorporated by reference herein.

         1. An applicant for a new license as specified in subsection 670(e) shall submit a New Falconry License Application with the appropriate fee(s) listed ~~in paragraph (b)(1)(A)~~ on form DFW 360b.

         2. An applicant for a lapsed license renewal as specified in subsection 670(e) shall submit a New Falconry License Application with the appropriate fee(s) listed ~~in Paragraph (b)(1)(A)~~ on form DFW 360b.

      (D) Apprentice Falconer's Annual Progress Report (FG 360c (New 2/13)) incorporated by reference herein.

         1. A licensed Apprentice falconer who is applying for license renewal, or within 10 calendar days after expiration of the license, whichever comes first, shall submit an Apprentice Falconer's Annual Progress Report as required in subsection 670(f).

      (E) Raptor Facilities and Falconry Equipment Inspection Report (~~FG 360d (New 2/13~~ DFW 360d (Rev. 07/2025)) incorporated by reference herein.

         1. A new applicant, an applicant renewing a lapsed license, or a licensee that moves housing facilities to a new address, shall initiate an inspection by submitting a Raptor Facilities and Falconry Equipment Inspection Report as required in subsection 670(j) with the specified Inspection Fee(s) listed ~~in paragraph (b)(1)(A)~~ on form DFW 360d.

... *[No change to subsections (b)(1)(F) through (c)]*

**NOTE**: Authority cited: Sections 713, 1002, 1002.5, 1050, ~~1055,~~ 2118, 2120, 2122, 2150, 2150.2, 2157 and 5060, Fish and Game Code. Reference: Sections 395, 396, 398, 713, 1002, 1002.5, 1050, 2116, 2116.5, 2117, 2118, 2120, 2125, 2150, 2150.2, 2150.4, 2151, 2157, 2190, 2193, 2271, 3005.5, 3007, 3503, 3503.5, 3511, 3513, 3950, 5060, 5061, 10500, 12000 and 12002, Fish and Game Code; and Title 50, Code of Federal Regulations, Parts ~~21.29 and 21.30~~ 21.82 and 21.85; Opinion of the United States Court of Appeals, 9th Circuit (*Stavrianoudakis, et al. v. USFWS, et al.*, (2024) 108 F.4th 1128)).

California Natural Resources Agency
CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE
~~2013-2014~~ 2025-2026 FALCONRY LICENSE RENEWAL APPLICATION
DFW 360 (REV. 07/2025) Page 1 of 2
FEES: $~~93.73~~$129.53 ($~~79.57~~$109.70 LICENSE FEE* + $~~14.16~~$19.83 NONREFUNDABLE APPLICATION FEE*)
*Fees include a~~a~~n ALDS nonrefundable three percent (3%) application fee, not to exceed $7.50 per item. (Section 700.4, Title 14, California Code of Regulations)

**VALID JULY 1, ~~2013~~ 2025 THROUGH JUNE 30, ~~2014~~ 2026 If issued after July 1, valid on effective date.**

Any person using raptors to take game or nongame birds or mammals shall abide by all laws and regulations related to hunting, which includes having a valid California Hunting License.

YOU MUST INCLUDE YOUR GO ID# OR A COPY OF YOUR IDENTIFICATION WITH THIS APPLICATION. SEE INSTRUCTION ON REVERSE. TYPE OR PRINT CLEARLY.

| FIRST NAME | M.I. | LAST NAME | GO ID NUMBER (From ALDS Issued License) |
|---|---|---|---|
| | | | |

| MAILING ADDRESS | | | DAY TELEPHONE |
|---|---|---|---|
| | | | |

| CITY | STATE | ZIP CODE | ~~SEX~~ GENDER ☐ MALE ☐ FEMALE ☐ NONBINARY | DATE OF BIRTH |
|---|---|---|---|---|
| | | | | |

| PERMANENT HOUSING FACILITY ADDRESS ☐ CHECK BOX IF YOU OWN THIS PROPERTY | HAIR COLOR | EYE COLOR | HEIGHT | WEIGHT |
|---|---|---|---|---|
| | | | | |

| CITY | STATE | ZIP CODE | EMAIL ADDRESS (Voluntary) |
|---|---|---|---|
| | | | |

LIST RAPTORS CURRENTLY POSSESSED UNDER YOUR FALCONRY LICENSE (Master Falconers - Attach additional list if needed)

| SPECIES OF RAPTOR #1 (Apprentice, General or Master) | BAND NUMBER | SEX ☐ MALE ☐ FEMALE ☐ UNK | AGE | ☐ WILD CAUGHT | DATE ACQUIRED |
|---|---|---|---|---|---|
| SPECIES OF RAPTOR #2 (General or Master Class Only) | BAND NUMBER | SEX ☐ MALE ☐ FEMALE ☐ UNK | AGE | ☐ WILD CAUGHT | DATE ACQUIRED |
| SPECIES OF RAPTOR #3 (General or Master Class Only) | BAND NUMBER | SEX ☐ MALE ☐ FEMALE ☐ UNK | AGE | ☐ WILD CAUGHT | DATE ACQUIRED |
| SPECIES OF RAPTOR #4 (Master Class Only) | BAND NUMBER | SEX ☐ MALE ☐ FEMALE ☐ UNK | AGE | ☐ WILD CAUGHT | DATE ACQUIRED |
| SPECIES OF RAPTOR #5 (Master Class Only) | BAND NUMBER | SEX ☐ MALE ☐ FEMALE ☐ UNK | AGE | ☐ WILD CAUGHT | DATE ACQUIRED |

A SPONSOR IS REQUIRED IF APPLYING FOR AN APPRENTICE FALCONER

| FIRST NAME | M.I. | LAST NAME | DAY TELEPHONE |
|---|---|---|---|
| | | | |

| MAILING ADDRESS | LAST 4 DIGITS OF GO ID # (From ALDS Issued License) | DATE OF BIRTH |
|---|---|---|
| | | |

| CITY | STATE | ZIP CODE | COUNTY |
|---|---|---|---|
| | | | |

I agree to sponsor this apprentice. I agree to assist this apprentice in learning about husbandry, training of raptors, relevant laws and regulations, and deciding what species of raptor is appropriate. I hereby certify that I am either a licensed master falconer or a licensed general falconer who has at least two years of experience at the General level. In the event a license is granted for this apprentice, I understand that if I terminate sponsorship for this apprentice, I am required to immediately notify in writing the California Department of Fish and Wildlife, License and Revenue Branch, ~~1740 N. Market Blvd., Sacramento, CA 95834~~ P.O. Box 944209, Sacramento CA 94244-2090.

| SPONSOR'S SIGNATURE X | DATE |
|---|---|
| | |

I certify that I have read and am familiar with both the California and U.S. Fish and Wildlife Service falconry regulations, CFR 50, Sections ~~21.29 through 21.30~~ 21.82 and 21.85, and that the information I am submitting is complete and accurate to the best of my knowledge and belief. I understand that any false statement herein may subject me to cancellation of the application, suspension or revocation of a license, and/or administrative, civil, or criminal penalties. ~~I understand that my facilities, equipment, or raptors are subject to unannounced inspection pursuant to Section 670(j), Title 14, of the CCR.~~ I certify that I have read, understand, and agree to abide by all conditions of this license~~, the applicable provisions of the FGC, and the regulations promulgated thereto~~. I certify that I am not currently under any Fish and Wildlife license or permit revocation or suspension, and that there are no other legal or administrative proceedings pending that would disqualify me from obtaining this license.

| APPLICANT'S SIGNATURE X | DATE |
|---|---|
| | |

| PARENT'S/GUARDIAN'S SIGNATURE (Required if applicant is under 18 years old.) X | DATE |
|---|---|
| | |

FOR CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE USE ONLY

| REVIEWED BY/DATE | LRB APPROVED CLASS | TRANSACTION # | ISSUED BY/DATE |
|---|---|---|---|
| | | | |

~~FG 360 (New 2/13)~~

## INSTRUCTION FOR COMPLETING THE FALCONRY LICENSE RENEWAL APPLICATION

Please allow 15 business days for the processing of your application. If inspection is required, please allow an additional 30 business days. Incomplete applications will be returned and could delay the issuance of your license. Contact the License and Revenue Branch at (916) 928-5849(916) 928-5846 or spuSPU@wildlife.ca.gov, if you need additional information regarding falconry licenses.

1. It is mandatory to complete all items unless specified as voluntary.
2. Sign and date the application.
3. **IMPORTANT**: If you do not own the property where your falconry facilities are located, you must submit with this application a signed and dated statement from the property owner stating that he/shethey agreesagree the falconry facilities, equipment and raptors may be inspected without advance notice, as specified in Section 670(j).
4. Mail this application, your GO ID# or a copy of your identification, a Falconry Hunting Take Report, a statement from the property owner if required, and a cashier's check, money order, personal or business check*, or credit card** authorization form (online at www.dfg.ca.gov/licensing/forms (under the Other Forms tab)www.wildlife.ca.gov/licensing/falconry) with the appropriate fee to the California Department of Fish and Wildlife, License and Revenue Branch, 1740 N. Market Blvd., Sacramento, CA 95834P.O. Box 944209, Sacramento, CA 94244-2090 or apply in person. **DO NOT SEND CASH**.
5. An apprentice must also submit an Apprentice Falconer's Annual Progress Report with their application, which is available online at www.dfg.ca.gov/licensing/forms (under the Special Permits tab)www.wildlife.ca.gov/licensing/falconry.
6. If you move your permanent falconry facility to another location, as specified in Section 670(j), you are required to notify the Department within five days and submit a completed Raptor Facilities and Falconry Equipment Inspection Report (FGDFW 360d) and inspection fee, as specified in 703. The Department will contact you about scheduling an appointment to have your facility inspected.

**NOTE:** The Resident Falconer Raptor Capture, Recapture or Release Report (FG 360fDFW 360f), Raptor Facilities and Falconry Equipment Inspection Report (FG 360dDFW 360d), and Falconry Hunting Take Report (FG 360hDFW 360h) are available at www.dfg.ca.gov/licensing/forms (under the Special Permits tab)www.wildlife.ca.gov/licensing/falconry or by contacting the Department at the address and telephone number listed above or online.

## IDENTIFICATION REQUIREMENT

Section 700.4(c), Title 14, of the California Code of Regulations (CCR) states any applicant applying for any license, tag, permit, reservation or other entitlement issued via Automated License Data System (ALDS) shall provide valid identification. Acceptable forms of identification include:

- Any license document or Get Outdoors identification number (GO ID) previously issued via ALDS
- A valid driver's license or identification card issued to him or her by the Department of Motor Vehicles or by the entity issuing driver's licenses from the licensee's state of domicile
- US Military Identification Cards (Active or reserve duty, dependent, retired member, discharged from service, medical/religious personnel)
- US Certificate or Report of Birth Abroad
- US Birth Certificate
- Tribal Identification Card, as defined by each sovereign tribal nation
- US Passport
- A foreign government-issued photo identification
- Certificate of Naturalization or Citizenship
- Birth Certificate or passport issued from a US Territory

Any applicant less than 18 years of age applying for any license, tag, permit, reservation or other entitlement issued via the ALDS shall provide valid identification. Acceptable forms of identification include any form of identification described above; or a parent or legal guardian's identification as described above.

## NOTICE

**Disclosure Statement**—Under Fish and Game Code (FGC) Sections 395-398 and Section 670, Title 14, of the California Code of Regulations, the California Department of Fish and Wildlife is authorized to collect information from applicants to maintain a record of licensure. All information requested on this application is mandatory unless otherwise indicated. An applicant's name and city of residence may be provided to the public if requested. Under FGC Section 391, other personal information submitted on this application may be released for law enforcement purposes, pursuant to court order, or for official natural resources management purposes.

A licensee may obtain a copy of his/hertheir license records maintained by the Department by submitting a written request to the Custodian of Records, License and Revenue Branch, 1740 N. Market Blvd., Sacramento, CA 95834P.O. Box 944209, Sacramento, CA 94244-2090 or lrb@wildlife.ca.govLRB@wildlife.ca.gov. All requests must include the requester's name, address, and telephone number.

## PAYMENT POLICY

*__Personal or business checks__ will be accepted by the Department if name and address are imprinted on the check. Checks returned to the Department due to insufficient funds will render your license invalid. The Department may also deny the issuance or renewal of any license if a person has failed to reimburse the Department for the amount due. Any activity performed without a valid license is a

FG 360 (New 2/13)

violation of the Fish and Game Code and therefore subject to enforcement action.

**Credit Cards**—Licenses, permits, tags, stamps, or registrations may be purchased with a Visa or MasterCard.

California Natural Resources Agency
**CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE**
~~2013-2014~~ **2025-2026 NEW FALCONRY LICENSE APPLICATION**
**DFW 360b (REV. 07/2025)** Page 1 of 2
**EXAMINATION FEE:** ~~$50.00~~$69.00 (PAID AT TIME OF EXAM)
**LICENSE AND APPLICATION FEES:** ~~$93.73~~$129.53 (~~$79.57~~$109.70 LICENSE FEE* + ~~$14.16~~$19.83 NONREFUNDABLE APPLICATION FEE*) AND **INSPECTION FEE*:** ~~$266.50~~$364.25 (UP TO FIVE ENCLOSURES) PLUS ~~$13.13~~$18.54 (FOR EACH ADDITIONAL ENCLOSURE*).
*Fees include ~~a~~an ALDS nonrefundable three percent (3%) application fee, not to exceed $7.50 per item. (Section 700.4, Title 14, California Code of Regulations)
**VALID JULY 1, ~~2013~~2025 THROUGH JUNE 30, ~~2014~~2026** If issued after July 1, valid on effective date.
*Any person using raptors to take game or nongame birds or mammals shall abide by all laws and regulations related to hunting, which includes having a valid California Hunting License.*
**YOU MUST INCLUDE YOUR GO ID# OR A COPY OF YOUR IDENTIFICATION WITH THIS APPLICATION. SEE INSTRUCTION ON REVERSE. TYPE OR PRINT CLEARLY.**

| FIRST NAME | M.I. | LAST NAME | GO ID NUMBER (FROM ALDS ISSUED LICENSE) |
|---|---|---|---|
| MAILING ADDRESS | | | DAY TELEPHONE |
| CITY | STATE | ZIP CODE | ~~SEX~~ GENDER ☐ MALE ☐ FEMALE ☐ NON-BINARY | DATE OF BIRTH |
| PERMANENT HOUSING FACILITY ADDRESS ☐ CHECK BOX IF YOU OWN THIS PROPERTY | | | HAIR COLOR | EYE COLOR | HEIGHT | WEIGHT |
| CITY | STATE | ZIP CODE | EMAIL ADDRESS (Voluntary) | | | |

**NONRESIDENTS: LIST RAPTORS CURRENTLY POSSESSED UNDER YOUR FALCONRY LICENSE** *(Master Falconers - Attach additional list if needed)*

| SPECIES OF RAPTOR | BAND NUMBER | SEX | AGE | WILD CAUGHT | DATE ACQUIRED |
|---|---|---|---|---|---|
| #1 (Apprentice, General or Master) | | ☐ MALE ☐ FEMALE ☐ UNK | | ☐ | |
| #2 (General or Master Class Only) | | ☐ MALE ☐ FEMALE ☐ UNK | | ☐ | |
| #3 (General or Master Class Only) | | ☐ MALE ☐ FEMALE ☐ UNK | | ☐ | |
| #4 (Master Class Only) | | ☐ MALE ☐ FEMALE ☐ UNK | | ☐ | |
| #5 (Master Class Only) | | ☐ MALE ☐ FEMALE ☐ UNK | | ☐ | |

**A SPONSOR IS REQUIRED IF APPLYING FOR AN APPRENTICE FALCONER**

| SPONSOR'S FIRST NAME | M.I. | LAST NAME | DAY TELEPHONE |
|---|---|---|---|
| MAILING ADDRESS | | LAST 4 DIGITS OF GO ID NUMBER (From ALDS Issued License) | DATE OF BIRTH |
| CITY | STATE | ZIP CODE | COUNTY |

I agree to sponsor this apprentice. I agree to assist this apprentice in learning about husbandry, training of raptors, relevant laws and regulations, and deciding what species of raptor is appropriate. I hereby certify that I am either a licensed master falconer or a licensed ~~g~~General falconer who has at least two years of experience at the ~~g~~General level. In the event a license is granted for this apprentice, I understand that if I terminate sponsorship for this apprentice, I am required to immediately notify in writing the California Department of Fish and Wildlife, License and Revenue Branch, ~~1740 N. Market Blvd., Sacramento, CA 95834~~ P.O. Box 944209, Sacramento CA 94244-2090.

| SPONSOR'S SIGNATURE X | DATE |
|---|---|

I certify that I have read and am familiar with both the California and U.S. Fish and Wildlife Service falconry regulations, CFR 50, Sections ~~21.29 through 21.30~~21.82 and 21.85, and that the information I am submitting is complete and accurate to the best of my knowledge and belief. I understand that any false statement herein may subject me to cancellation of the application, suspension or revocation of a license, and/or administrative, civil, or criminal penalties. ~~I understand that my facilities, equipment, or raptors are subject to unannounced inspection pursuant to Section 670(j), Title 14, of the CCR.~~ I certify that I have read, understand, and agree to abide by all conditions of this license~~, the applicable provisions of the FGC, and the regulations promulgated thereto~~. I certify that I am not currently under any Fish and Wildlife license or permit revocation or suspension, and that there are no other legal or administrative proceedings pending that would disqualify me from obtaining this license.

| APPLICANT'S SIGNATURE X | DATE |
|---|---|
| PARENT'S/GUARDIAN'S SIGNATURE (Required if applicant is under 18 years old.) X | DATE |

**FOR CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE USE ONLY**

| CDFW OFFICE | CDFW EXAMINATION FEE TRANSACTION # | CDFW FALCONRY EXAM ☐ PASS ☐ FAIL If applicant fails, they may retake the exam the next business day. | |
|---|---|---|---|
| REVIEWED BY/DATE | LRB APPROVED CLASS | TRANSACTION # | ISSUED BY/DATE |

~~FG 360b (New 2/13)~~

## INSTRUCTION FOR COMPLETING THE NEW FALCONRY LICENSE APPLICATION

Please allow 45 business days for ~~the~~ processing ~~of~~ your application. A person applying for a California falconry license for the first time or renewing a license that has lapsed for five or more years must take and pass a written examination given at any California Department of Fish and Wildlife (Department) office listed below and have their facility inspected by the Department. ~~An applicant who provides documentation of successfully passing a federally approved examination in a state that has had its falconry regulations certified as specified in Title 50, CFR, Section 21.29, will not be required to take the examination in California if the applicant took the exam within five years from the date the application was submitted.~~ Applicants must be 12 years of age or older to be issued an apprentice license and may possess only a red-tailed hawk or an American kestrel. Applicants under 18 years of age must have a parent or guardian co-sign this application.

Incomplete applications will be returned and could delay the issuance of your license. Contact the License and Revenue Branch at ~~(916) 928-5849~~ (916) 928-5846 or ~~spu~~SPU@wildlife.ca.gov, if you need additional information regarding falconry licenses.

1. It is mandatory to complete all items unless specified as voluntary.
2. Sign and date the application.
3. Make a reservation to take the exam at the ~~CDFW~~Department office listed below nearest you. The written exam will take approximately two hours and will be scored while you are present. If you fail the exam, you may take another examination no earlier than the next business day following the date of the failed examination.
4. Take this completed application, the examination fee, and a copy of your identification with you to the exam.

Upon passing the exam:

5. **IMPORTANT:** You must have your permanent falconry facilities built and ready to be inspected by the Department when you submit this application.
Submit a completed Raptor Facilities and Falconry Equipment Inspection Report (~~FG 360d~~DFW 360d) and the inspection fee, as specified in Section 703 with this application. Your permanent falconry facility must pass an inspection by the Department, as specified in Section 670(j) before your license may be issued. The Department will contact you about scheduling an appointment to have your facility inspected.

    If you do not own the property where your falconry facilities are located, you must submit with this application a signed and dated statement from the property owner stating that ~~he/she~~they ~~agrees~~agree the falconry facilities, equipment and raptors may be inspected without advance notice, as specified in Section 670(j).

6. Mail this application, the completed Raptor Facilities and Falconry Equipment Inspection Report, a copy of your identification, a statement from the property owner if required, and a cashier's check, money order, personal or business check*, or credit card** authorization form (online at ~~www.dfg.ca.gov/licensing/forms (under the Other Forms tab)~~www.wildlife.ca.gov/licensing/falconry) with the license, application and inspection fees to the California Department of Fish and Wildlife, License and Revenue Branch, ~~1740 N. Market Blvd., Sacramento, CA 95834~~P.O. Box 944209, Sacramento, CA 94244-2090 ~~or apply in person~~. **DO NOT SEND CASH.**

    **NOTE:** The Resident Falconer Raptor Capture, Recapture or Release Report (~~FG 360f~~DFW 360f), Raptor Facilities and Falconry Equipment Inspection Report (~~FG 360d~~DFW 360d), and Falconry Hunting Take Report (~~FG 360h~~DFW 360h) are available at ~~www.dfg.ca.gov/licensing/forms (under the Special Permits tab)~~www.wildlife.ca.gov/licensing/falconry or by contacting the Department at the address and telephone number listed above or online.

## IDENTIFICATION REQUIREMENT

Section 700.4(c), Title 14, of the California Code of Regulations (CCR) states any applicant applying for any license, tag, permit, reservation or other entitlement issued via Automated License Data System (ALDS) shall provide valid identification. Acceptable forms of identification include:

- Any license document or Get Outdoors Identification number (GO ID) previously issued via ALDS
- A valid driver's license or identification card issued ~~to him or her~~ by the Department of Motor Vehicles or by the entity issuing driver's licenses from the licensee's state of domicile
- US Military Identification Cards (Active or reserve duty, dependent, retired member, discharged from service, medical/religious personnel)

- US Certificate or Report of Birth Abroad
- US Birth Certificate
- Tribal Identification Card, as defined by each sovereign tribal nation
- US Passport
- A foreign government-issued photo identification
- Certificate of Naturalization or Citizenship
- Birth Certificate or passport issued from a US Territory

Any applicant less than 18 years of age applying for any license, tag, permit, reservation or other entitlement issued via the ALDS shall provide valid identification. Acceptable forms of identification include any form of identification described above; or a parent or legal guardian's identification as described above.

## NOTICE

**Disclosure Statement**—Under Fish and Game Code (FGC) Sections 395-398 and Section 670, Title 14, of the California Code of Regulations, the California Department of Fish and Wildlife is authorized to collect information from applicants to maintain a record of licensure. All information requested on this application is mandatory unless otherwise indicated. An applicant's name and city of residence may be provided to the public if requested. Under FGC Section 391, other personal information submitted on this application may be released for law enforcement purposes, pursuant to court order, or for official natural resources management purposes.

A licensee may obtain a copy of ~~his/her~~their license records maintained by the Department by submitting a written request to the Custodian of Records, License and Revenue Branch, ~~1740 N. Market Blvd., Sacramento, CA 95834~~P.O. Box 944209, Sacramento, CA 94244-2090 or ~~lrb@dfg.ca.gov~~LRB@willdife.ca.gov. All requests must include the requester's name, address, and telephone number.

## PAYMENT POLICY

*****Personal or business checks** will be accepted by the Department if name and address are imprinted on the check. Checks returned to the Department due to insufficient funds will render your license invalid. The Department may also deny the issuance or renewal of any license if a person has failed to reimburse the Department for the amount due. Any activity performed without a valid license is a violation of the Fish and Game Code and therefore subject to enforcement action.

******Credit Cards**—Licenses, permits, tags, stamps, or registrations may be purchased with a Visa or MasterCard.

## CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE OFFICES

~~www.dfg.ca.gov~~ www.wildlife.ca.gov

FRESNO — 1234 East Shaw Avenue, Fresno, CA 93710, (559) 222-3761 Ext. 151
~~LOS ALAMITOS — 4665 Lampson Avenue, Suite C, Los Alamitos, CA 90720, (562) 596-3885~~
~~MONTEREY — 21 Lower Ragsdale Drive, Suite 100, Monterey, CA 93940, (831) 649-2870~~
~~NAPA~~ FAIRFIELD — ~~7329 Silverado Trail, Napa, CA 94558, (707) 944-5500~~ 2825 Cordelia Road, Suite 100, Fairfield, CA

FG-360b (New 2/13)

<u>94534, (707) 428-2002</u>
**RANCHO CORDOVA**— 1701 Nimbus Road, Rancho Cordova, CA 95670, (916) 358-2900
**REDDING**— 601 Locust Street, Redding, CA 96001, (530) 225-2300
**SAN DIEGO** — 3883 Ruffin Road, San Diego, CA 92123, (858) 467-4201
<u>**EUREKA**  — 619 2nd Street, Eureka, CA 95501 (707) 445-6493</u>

~~FG 360b (New 2/13)~~



California Natural Resources Agency
**DEPARTMENT OF FISH AND WILDLIFE**
**~~2013-2014~~ 2025-2026 RAPTOR FACILITIES AND FALCONRY EQUIPMENT INSPECTION REPORT**
DFW 360d (REV. 07/2025) Page 1 of 2

**INSPECTION FEE: ~~$266.50~~ $364.25*** (~~5~~*Five* enclosures or less)
**ADDITIONAL INSPECTION FEE: ~~$13.13~~$18.54*** (*Required for each enclosure over* ~~5~~*five*)
**RE-INSPECTION FEE: ~~$222.48*~~$305.00*** (*Required for violations or non-compliance issues*)
*Fees includes an ALDS nonrefundable three percent (3%) application fee, not to exceed $7.50 per item (Section 700.4, Title 14, California Code of Regulations)*

**INSTRUCTIONS FOR APPLICANT OR LICENSEE: ONLY COMPLETE PARTS I AND II.** Upon completion, submit **ALL COPIES** of this report along with a cashier's check, money order, personal or business check, or credit card authorization form ~~(online at www.dfg.ca.gov/licensing/forms (Under the Other Forms tab)~~www.wildlife.ca.gov/Licensing/Falconry for the appropriate inspection fee(s) (*based on the number of enclosures that will be inspected*) to the Department of Fish and Wildlife, License and Revenue Branch, ~~1740 N Market Blvd., Sacramento, CA 95834~~ P.O. Box 944209, Sacramento, CA 94244-2090. The Department will contact you to schedule the inspection. Contact the License and Revenue Branch at ~~(916)928-5849~~(916) 928-5846 or ~~spu~~SPU@wildlife.ca.gov if you need additional information regarding falconry licenses.

## PART I

| FIRST NAME | M.I | LAST NAME | EMAIL ADDRESS |
|---|---|---|---|
| MAILING ADDRESS | | | DAY TELEPHONE |
| CITY | STATE | ZIP CODE | NUMBER OF ENCLOSURES |
| PERMANENT HOUSING FACILITY ADDRESS | CITY | ZIP CODE | COUNTY |

## PART II – RAPTOR (S) PRESENT (*Master Falconers - Attach additional list if needed*)

| Species | Band Number | Sex | Age | Wild Caught | Date Acquired |
|---|---|---|---|---|---|
| Species of Raptor #1 (*Apprentice, General or Master*) | Band Number | Sex ☐ Male ☐ Female ☐ Unk | Age | ☐ Wild Caught | Date Acquired |
| Species of Raptor #2 (*General or Master*) | Band Number | Sex ☐ Male ☐ Female ☐ Unk | Age | ☐ Wild Caught | Date Acquired |
| Species of Raptor #3 (*General or Master*) | Band Number | Sex ☐ Male ☐ Female ☐ Unk | Age | ☐ Wild Caught | Date Acquired |
| Species of Raptor #4 (*Master Class Only*) | Band Number | Sex ☐ Male ☐ Female ☐ Unk | Age | ☐ Wild Caught | Date Acquired |
| Species of Raptor #5 (*Master Class Only*) | Band Number | Sex ☐ Male ☐ Female ☐ Unk | Age | ☐ Wild Caught | Date Acquired |
| Species of Raptor #6 (*Master Class Only*) | Band Number | Sex ☐ Male ☐ Female ☐ Unk | Age | ☐ Wild Caught | Date Acquired |
| Species of Raptor #7 (*Master Class Only*) | Band Number | Sex ☐ Male ☐ Female ☐ Unk | Age | ☐ Wild Caught | Date Acquired |
| Species of Raptor #8 (*Master Class Only*) | Band Number | Sex ☐ Male ☐ Female ☐ Unk | Age | ☐ Wild Caught | Date Acquired |
| Species of Raptor #9 (*Master Class Only*) | Band Number | Sex ☐ Male ☐ Female ☐ Unk | Age | ☐ Wild Caught | Date Acquired |
| Species of Raptor #10 (*Master Class Only*) | Band Number | Sex ☐ Male ☐ Female ☐ Unk | Age | ☐ Wild Caught | Date Acquired |
| Species of Raptor #11 (*Master Class Only*) | Band Number | Sex ☐ Male ☐ Female ☐ Unk | Age | ☐ Wild Caught | Date Acquired |
| Species of Raptor #12 (*Master Class Only*) | Band Number | Sex ☐ Male ☐ Female ☐ Unk | Age | ☐ Wild Caught | Date Acquired |
| Species of Raptor #13 (*Master Class Only*) | Band Number | Sex ☐ Male ☐ Female ☐ Unk | Age | ☐ Wild Caught | Date Acquired |
| Species of Raptor #14 (*Master Class Only*) | Band Number | Sex ☐ Male ☐ Female ☐ Unk | Age | ☐ Wild Caught | Date Acquired |
| Species of Raptor #15 (*Master Class Only*) | Band Number | Sex ☐ Male ☐ Female ☐ Unk | Age | ☐ Wild Caught | Date Acquired |

**INSTRUCTIONS FOR CDFW OFFICER:** Upon completion of all parts of the Raptor Facilities and Falconry Equipment Inspection Report, provide the falconer with the original ~~(white)~~ copy and submit to the License and Revenue Branch a copy by email to ~~spu~~SPU@wildlife.ca.gov . Retain ~~the second (white)~~a copy for your records.

~~FG 360d (New 2/23)~~



State of California – Department of Fish and Wildlife
~~2013-2014~~ **2025-2026** RAPTOR FACILITIES AND FALCONRY EQUIPMENT INSPECTION REPORT
~~FG~~**DFW** 360d (~~New 2/13~~**REV. 07/2025**) Page 2 of 2

| PART III - FACILITIES *(Section 670(j), Title 14, of the CCR and Title 50, CFR, Section ~~21.29~~21.82)* | YES | NO |
|---|---|---|
| A. MEWS *(Indoor Facility)* | | |
| 1. Space to allow easy access and maintenance | ☐ | ☐ |
| 2. Space to allow raptor(s) to fully extend wings | ☐ | ☐ |
| 3. At least one window provided | ☐ | ☐ |
| 4. Each window with vertical bars/rods on inside | ☐ | ☐ |
| 5. At least one secure door - can be easily closed | ☐ | ☐ |
| 6. Other doors, if any, serve to protect facility | ☐ | ☐ |
| 7. Floor surface dry or well drained - can be easily cleaned | ☐ | ☐ |
| 8. One perch of an acceptable design for each raptor | ☐ | ☐ |
| B. WEATHERING AREA | | |
| 1. Space to allow tethered raptor(s) to bate *(attempted flight)* without striking wings on side or top of facility | ☐ | ☐ |
| 2. Sides of facility fenced with suitable material to exclude predators | ☐ | ☐ |
| 3. Top of facility covered with netting, wire, or roofed to exclude predators | ☐ | ☐ |
| 4. Top of facility open provided weathering perch(es) are greater than 6.5 feet in height | ☐ | ☐ |
| C. ENVIRONMENTAL PROTECTION - The facilities, singly or in combination, provide adequate protection to the raptor(s) from: | | |
| 1. Excessive heat | ☐ | ☐ |
| 2. High winds and winter storms | ☐ | ☐ |
| 3. Avian and ground predators | ☐ | ☐ |
| 4. Disturbance which would likely cause injury | ☐ | ☐ |

| PART IV - EQUIPMENT *(Section 670(j), Title 14, of the CCR and Title 50, CFR, Section ~~21.29~~21.82)* | | |
|---|---|---|
| A. RAPTOR EQUIPMENT | | |
| 1. One pair of Alymeri (style) jesses for each raptor *(An Alymeri jess consists of an anklet, grommet, and a removable strap for attaching the anklet and grommet to the swivel)* | ☐ | ☐ |
| 2. One swivel of an acceptable design for each raptor *(Dog leash/fishing snap-swivels, and swivels with soft copper/aluminum rivets are rarely acceptable, except for use on kestrels)* | ☐ | ☐ |
| 3. One leash of quality leather or synthetic material for each raptor | ☐ | ☐ |
| B. REQUIRED ANCILLARY EQUIPMENT | | |
| 1. One bath container, 2 - 6 inches deep and wider than length of the raptor for each bird | ☐ | ☐ |
| 2. One outdoor perch of an acceptable design for each raptor | ☐ | ☐ |
| 3. A reliable weighing scale or balance graduated in increments of not more than .5 ounce *(15 grams)* | ☐ | ☐ |

**PART V – CERTIFICATION**

☐ **APPROVED -** Facilities and equipment meet federal/state standards.
☐ **CHECK HERE IF THIS IS A RE-INSPECTION**
☐ **PROVISIONAL APPROVAL -** Except as indicated in corrections required below, facilities and equipment meet federal/state standards.
☐ **NOT APPROVED** *(List corrections needed below)* - Facilities and equipment fail to meet federal/state standards.
☐ **CORRECTIONS REQUIRED** _____
_____
_____

Pursuant to Section 670(j), Title 14, of the CCR, equipment or housing that does not meet the minimum standards required by regulations shall not be certified by the Department.

**CERTIFYING DEPARTMENT OFFICER**

| FIRST NAME | M.I. | LAST NAME | TITLE |
|---|---|---|---|
| | | | |

| SIGNATURE X | DATE |
|---|---|

**APPLICANT/LICENSEE**

I agree to correct deficiencies, if any, within 30 days and to maintain facilities/equipment at or above federal/state standards. ~~I understand the Department's employees may enter my premises at any reasonable hour to inspect the facilities/equipment.~~

| SIGNATURE X | DATE |
|---|---|

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Peter Stavrianoudakis, et al. v. Charlton Bonham, et al.** | Case No. | **1:18-cv-01505-JLT-BAM** |

I hereby certify that on <u>September 22, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE'S THIRD STATUS REPORT PURSUANT TO COURT ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 22, 2025</u>, at Fresno, California.

| A. Billings | */s/ A. Billings* |
|---|---|
| Declarant | Signature |

SA2018303447
95657998