1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  EVAN EICKMEYER, State Bar No. 166652
   Supervising Deputy Attorney General
3  NHU Q. NGUYEN, State Bar No. 207140
   Deputy Attorney General
4    1300 I Street, Suite 125
     Sacramento, CA 95814
5    Telephone: (916) 210-7809
     Fax: (916) 327-2319
6    E-mail: Nhu.Nguyen@doj.ca.gov
   *Attorneys for Defendant Meghan Hertel, in her*
7  *official capacity as Director of California*
   *Department of Fish and Wildlife*
8
                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                          FRESNO DIVISION
11

| PETER STAVRIANOUDAKIS, ET AL., | 1:18-cv-01505-JLT-FRS (EPG) |
|---|---|
| Plaintiffs, | **NOTICE OF CHANGE OF DIRECTOR FOR CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE** |
| v. | |
| **U.S. DEPARTMENT OF FISH & WILDLIFE, ET AL.,** | Date: N/A<br>Time: N/A<br>Courtroom: 10<br>Judge: The Honorable Jennifer L. Thurston |
| Defendants. | Action Filed: October 30, 2018 |

Pursuant to Federal Rules of Civil Procedure, Rule 25(d)(1), notice is hereby given that Valerie Termini is no longer the Acting Director for the California Department of Fish and Wildlife. Effective February 17, 2026, Meghan Hertel is the Director for the California Department of Fish and Wildlife. Ms. Hertel shall be automatically substituted in the place and stead of Ms. Termini. Fed. R. Civ. P. 25(d)(1) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party.").

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: March 16, 2026 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | EVAN EICKMEYER<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | */s/ Nhu Q. Nguyen*<br>NHU Q. NGUYEN<br>Deputy Attorney General |
| 7 | | *Attorneys for Defendant Meghan Hertel, in her official capacity as Director of* |
| 8 | | *California Department of Fish and Wildlife* |
| 9 | SA2018303447<br>95694070 | |