# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER STAVRIANOUDAKIS , ET AL. ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **1:18–CV–01505–JLT–FJS** |
| **U.S. DEPARTMENT OF FISH &AMP; WILDLIFE , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/27/2026 .**

ENTERED:    **April 27, 2026**          /s/  **Keith Holland**

Clerk of Court